**WO**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            )<br>                                                       )<br>            Plaintiff,                            )<br>                                                       )<br>     -vs-                                           )<br>                                                       )<br>Juventino Martínez-Murillo,         )<br>                                                       )<br>            Defendant.                        )<br>_____  ) | No. 07-3261<br><br>**ORDER RE: EXTENDING**<br>**TIME TO INDICT** |

HAVING considered Defendant Juventino Martínez-Murillo's Motion to Extend Time to Indict, there being no objection by the government, and good cause having been shown;

THE COURT makes the following findings:

1. Counsel for defendant has only recently been appointed;

2. The defendant earnestly wishes to consider the plea offer extended by the government;

3. The defendant wishes to investigate possible defenses prior to considering the government's plea offer;

4. The government's plea offer, if accepted by the defendant and then the court, would likely reduce defendant's exposure to a significant term of imprisonment;

5. If the defendant does not timely accept the plea offer prior to indictment, the government will withdraw said plea offer and any subsequent plea offer after indictment would likely be less advantageous to the defendant;

6. Failure to extend time for indictment in this instance would thus operate to bar defendant from reviewing the government's plea offer in a meaningful way prior to indictment; and

7. The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy indictment.

**IT IS HEREBY ORDERED** that defendant's Motion to Extend Time for Indictment requesting an extension of thirty (30) days within which the government may seek to indict defendant, is hereby granted.

**IT IS HEREBY ORDERED** that defendant's Motion to Extend Time to Indict, in Case No. 07-3261M, requesting an extension of thirty (30) days within which the government may seek to indict defendant, is hereby granted.

DATED this 29th day of August, 2007.

*Edward C. Voss*
Edward C. Voss
United States Magistrate Judge